JAMES A. DENNISON, Respondent, *v.* JAMES B. LAWRENCE, Appellant.

*Dennison* v. *Lawrence*, 44 App. Div. 287, appeal dismissed.
(Argued April 16, 1900; decided April 20, 1900.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 10, 1899, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury, and granting a new trial.

The order appealed from has since been resettled by an order of the Appellate Division, which directed the insertion of the words " upon the law and the facts."

The motion was made upon the grounds that the reversal was upon the facts; that no question of law is presented for

review, and that this court has no jurisdiction to entertain the appeal.

*Charles F. Bridge* and *Frank M. Hardenbrook* for motion.

*Joseph E. Russell, Jr.,* and *Luke A. Lockwood* opposed.

Motion granted, with costs to appellant up to the date of the amendment of the order appealed from.